396 A.2d 816

Blueville Bank of Grafton v. Mathews, Appellant.

Argued October 26, 1978.  James Hook, for appellant;  James A. Caldwell, for appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.

396 A.2d 816

Bogaty et al., Appellants, v. Grubbs.

Argued October 23, 1978.  James P. Gill, for appellants;  Kim Darragh, for appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Order affirmed.